| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Phoenix Payment Systems, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Electronic Payments Systems<br>EPX | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>14-1901461 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State):<br>1201 North Market Street, Suite 701<br>Wilmington, Delaware    19801 | Street Address of Joint Debtor (No. & Street, City, State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New Castle County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>Assets also located at:<br>3300 N. Central Avenue<br>Phoenix, AZ    85012 | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☒ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).<br><br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter) |

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Check all applicable boxes:**
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over-100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 Million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Phoenix Payment Systems, Inc. | |
|---|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐    Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>　　Signature of Attorney for Debtor(s)　　　　　　Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☒    No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐    Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

　　　　　　　　　　　　_____
　　　　　　　　　　　　(Name of landlord that obtained judgment)

　　　　　　　　　　　　_____
　　　　　　　　　　　　(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(1))

B1 Official Form 1 (04/13)

Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>Phoenix Payment Systems, Inc. |
|---|---|

| **Signatures** | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>  Signature of Debtor<br><br>X _____<br>  Signature of Joint Debtor<br><br>_____<br>  Telephone Number (if not represented by attorney)<br><br>_____<br>  Date | X _____<br>  (Signature of Foreign Representative)<br><br>_____<br>  (Printed Name of Foreign Representative)<br><br>_____<br>  Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _/s/_____<br>  Signature of Attorney for Debtor(s)<br>  Mark D. Collins and Russell C. Silberglied<br>  Printed Name of Attorney for Debtor(s)<br><br>  Firm Name<br>  Richards, Layton & Finger P.A.<br>  920 N. King Street<br>  Wilmington, DE 19801<br>  Address<br>  (302) 651-7700<br>  Telephone Number<br>  August 4, 2014<br>  Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security Number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X _____<br>  Signature |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _/s/_____<br>  Signature of Authorized Individual<br>  Michael E. Jacoby<br>  Printed Name of Authorized Individual<br>  Chief Restructuring Officer<br>  Title of Authorized Individual<br>  August 4, 2014<br>  Date | _____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

<u>**UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS  OF**</u>

<u>**PHOENIX PAYMENT SYSTEMS, INC.**</u>

The undersigned, constituting all of the members of the board of directors (the "Board") of Phoenix Payment Systems, Inc., a Delaware corporation (the "Company"), pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, DO HEREBY CONSENT to the adoption of, and DO HEREBY ADOPT, the following resolutions:

NOW THEREFORE, BE IT RESOLVED, that the Company shall be, and hereby is, authorized and directed to:  (a) file a voluntary petition (the "**Petition**") for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the District of Delaware and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and it be further

RESOLVED, that the chief restructuring officer and chief executive officer of the Company (collectively, the "**Designated Officers**") shall be, and each of them, acting alone, hereby is, authorized and empowered on behalf of and in the name of the Company to:  (a) execute and verify the Petition, as well as all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Officer); (b) execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents (including authorization to incur debtor-in-possession indebtedness and to enter into debtor-in-possession loan agreements and related documents) necessary or desirable in connection with the foregoing; and (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as any such Designated Officer may approve; and it be further

RESOLVED, that the Designated Officers of the Company shall be, and each of them hereby is, authorized and empowered to retain, on behalf of the Company:  (a) Richards, Layton & Finger, P.A., as bankruptcy counsel to the Company; (b) Raymond James & Associates, Inc., as investment banker and financial advisor to the Company; (c) PMCM, LLC to provide advisory services and executive leadership; (d) Bederson, LLC, as accountant to the Company; and (e) such additional professionals, including attorneys, accountants, consultants or brokers, in each case as in such officer's or officers' judgment may be necessary or desirable in connection with the Company's Chapter 11 case and other related matters, on such terms as such officer or officers shall approve; and it be further

RESOLVED, that the law firm of Richards, Layton & Finger, P.A. and any additional special counsel selected by the Designated Officers, if any, shall be, and hereby are, authorized, empowered and directed to represent the Company, as debtor and debtor in possession, in connection with any Chapter 11 case commenced by or against it under the Bankruptcy Code; and it be further

RESOLVED, that the form, terms and provisions of the Senior Secured Debtor-In-Possession Credit and Security Agreement (the **"DIP Credit Facility"**), between the Company, and The Bancorp Bank (the **"Lender"**), as lender, in substantially the form presented to and reviewed by the Board and attached hereto as <u>Exhibit A,</u> and all schedules, exhibits and appendices thereto and any documents contemplated thereby, and the transactions contemplated thereby (including using cash collateral and the granting of security interests in favor of the Lender in substantially all of the assets of the Company), be, and the same hereby are, authorized, adopted and approved in all respects, and each of the Designated Officers, be, and hereby is, authorized, empowered and directed to execute and deliver, on behalf of the Company, as a debtor and debtor in possession under Chapter 11 of the Bankruptcy Code, the DIP Credit Facility with such modifications and supplements therein as such Designated Officer executing the same shall approve (which approval shall be conclusively evidenced by such person's execution and delivery thereof), and such other documents contemplated by the DIP Credit Facility to which the Company is a party in such forms and with such terms and provisions as such Designated Officer executing the same shall approve (which approval shall be conclusively evidenced by such person's execution and delivery thereof), and that the Company, as a debtor and debtor in possession under Chapter 11 of the Bankruptcy Code, be, and hereby is, authorized and empowered to enter into, deliver and perform its obligations under the DIP Credit Facility and each of the documents contemplated thereby to which the Company is a party; and it be further

RESOLVED, that (a) the Company shall be and is authorized to enter into, deliver and perform that certain Assets Purchase Agreement (the "**Asset Purchase Agreement**"), dated on or about July 31, 2014, by and between the Company and EPX Acquisition Company, LLC (the "**Purchaser**"), in substantially the form presented to and reviewed by the Board and attached hereto as <u>Exhibit B</u>, pursuant to which the Purchaser will purchase the Purchased Assets (as defined in the Asset Purchase Agreement) and assume the Assumed Liabilities (as each term is defined in the Asset Purchase Agreement), with such modifications and supplements as may be approved by the Designated Officers (which approval shall be conclusively evidenced by such person's execution and delivery thereof) and (b) the Board approves in all respects the form, terms and provisions of the Asset Purchase Agreement and the transactions contemplated thereby, and all ancillary documents related thereto, pursuant to Sections 105, 363 and 365 of the Bankruptcy Code; and it be further

2

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Designated Officers of the Company, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it be further

RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Company in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed and approved.

[Signature page follows]

3

This Consent may be executed in one or more counterparts.

The Secretary or the Chief Restructuring Officer of the Company is hereby directed to file a copy of this Unanimous Written Consent with the minutes of the proceedings of the Board.

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed on the date(s) set forth below.

_____
Nancy Reilly, Director
Date: July 31, 2014


_____
Don Krasnosky, Director
Date: _____, 2014


_____
Steve Elefant, Director
Date: _____, 2014

4

Unanimous Written of the Board of Directors of Phoenix Payment Systems, Inc.

This Consent may be executed in one or more counterparts.

The Secretary or the Chief Restructuring Officer of the Company is hereby directed to file a copy of this Unanimous Written Consent with the minutes of the proceedings of the Board.

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed on the date(s) set forth below.


Nancy Reilly, Director
Date: _____, 2014


Don Krasnosky, Director
Date: _Jly 31_____, 2014


Steve Elefant, Director
Date: _____, 2014


4

Unanimous Written of the Board of Directors of Phoenix Payment Systems, Inc.

This Consent may be executed in one or more counterparts.

The Secretary or the Chief Restructuring Officer of the Company is hereby directed to file a copy of this Unanimous Written Consent with the minutes of the proceedings of the Board.

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed on the date(s) set forth below.

_____
Nancy Reilly, Director
Date: _____, 2014


_____
Don Krasnosky, Director
Date: _____, 2014

_____
Steve Elefant, Director
Date: _July 31_, 2014

4

Unanimous Written of the Board of Directors of Phoenix Payment Systems, Inc.

<u>Exhibit A</u>

DIP Credit Facility

(attached as an exhibit to the DIP Financing Motion)

<u>Exhibit B</u>

Asset Purchase Agreement

(attached as an exhibit to the Sale Motion)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Phoenix Payment Systems, Inc. | ) | Case No. 14-_____ (_____) |
|  | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. 14-1901461 | ) |  |
|  | ) |  |

**LIST OF CREDITORS HOLDING 20 LARGEST**
**UNSECURED CLAIMS AGAINST THE DEBTOR**

The debtor in this chapter 11 case (the "**Debtor**"), filed a voluntary petition in this Court on August 4, 2014 (the "**Petition Date**") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtor's twenty largest unsecured creditors (the "**Top 20 List**") based on the Debtor's books and records as of the Petition Date. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtor.

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| Frascella Capital, LLC<br>888 Town Center Drive<br>Langhorne, PA 19047 | David Frascella<br>302-356-2222<br>David.frascella@lighthouselegal.com | Alleged loan | Disputed;<br>Interest is Unliquidated | $5,000,000.00<br>(principal) |
| JEMS Venture Capital, LLC<br>5901 Atkinson Road<br>New Hope, PA 18938 | Michael Schubiger<br>732-448-3486<br>mschubiger@sescollc.com | Alleged loan | Disputed;<br>Interest is Unliquidated | $1,500,000.00<br>(principal) |
| Department of Justice (Western Clearing Corp.)<br>US Attorney's Office<br>Southern District of New York<br>One St Andrew's Plaza<br>New York, NY 10007 | Michael Lockard<br>Assistant States Attorney<br>212-637-2193<br>Michael.lockard@usdoj.gov | Merchant money seized by DOJ | Disputed | $1,057,121.00 |
| Payment Keys<br>2201 Brookhollow Plaza Drive, Suite 300<br>Arlington, TX 76006-7442 | Sean Crowder<br>sean@paymentsexpress.com<br>817-649-8300 | Trade Debt | | $625,395.00 |
| Bank of America Leasing & Capital, LLC<br>PO Box 405874<br>Atlanta, GA 30384-5874 | Sean Summers<br>(866) 939-4705 | Unsecured Note | | $500,000.00 |
| Commonwealth Marketing Group, Inc.<br>One Millennium Drive<br>Uniontown, PA 15401 | John Fonzo<br>724-437-3707 ext 354<br>john.fonzo@commonwealth-marketing.com | Trade | | $422,522.00 |
| Fireside Auto Finance<br>5050 Hopyard Road, Suite 200,<br>Pleasanton, CA 94588 | James Landy<br>925-460-9020<br>No email provided on the application | Trade | | $400,000.00 |
| PriceWaterhouseCoopers<br>PO Box 7247-8001<br>Philadelphia, PA 19170-8001 | Igor Belov<br>646-471-9136<br>Igor.v.belov@us.pwc.com | Financial Services | | $343,891.00 |
| Wholesale Payment Systems<br>4320 Marsh Ridge Rd, Suite 100,<br>Carrollton, TX 75010 | Jason Grant<br>Jason@wpsi.boz<br>No phone listed on referral agreement | Referral Agent | | $341,451.00 |
| SKRILL USA, Inc.<br>61 Broadway Suite 1603<br>New York ,NY  10006 | Patrick Sullivan<br>516-342-1248 | Trade | Disputed | $325,000.00 |
| MY PC BACKUP, Inc.<br>111 E. Broadway, Suite 210<br>Glendale, CA 91205 | Dan Richards<br>480-340-5448<br>Dan.richards@justdevelop.it | Trade | | $275,784.00 |
| AlertPay<br>5200 De La Savane, Suite 220<br>Montreal, Quebec H4P-2M8 | Firoz Patel<br>firoz@alertpay.com | Trade | Disputed | $274,000.00 |
| Ed Roncone<br>28 Meadowbrook Lane<br>Newark, DE 19711 | Ed Roncone<br>302-234-1213<br>edroncone@comcast.net | Wages | Disputed | $258,758.00 |
| Insite Marketing Group<br>2533 North Carson Street<br>Carson, NV 89706 | Arthur Cohen<br>914-552-6003<br>Arthur@electricmedia.com | Trade | Disputed | $139,900.00 |
| InfoSend<br>1041 S. Placentia Avenue<br>Fullerton, CA 92831 | JD McNaul<br>302-706-9226<br>Jd.mcnaul@infosend.com | Referral Agent | | $139,165.00 |
| Hogan Lovells<br>Park Place II 9th Floor<br>7930 Jones Branch Drive<br>McLean, VA 22102-3302 | Virginia Gibson<br>267-675-4635<br>Virginia.gibson@hoganlovells.com | Legal Fees | | $136,284.00 |
| Impact Payments Recruiting<br>18325 N. Allied Way, Suite 210<br>Phoenix, AZ 85054 | Curt Hensley<br>(480) 609-7336<br>curt@go-impact.com | Recruiter | Disputed | $77,000.00 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| Citrin Cooperman<br>1800 JFK Boulevard<br>Philadelphia, PA 19103 | Jim Revels<br>(215) 545-4810<br>jrevels@citrincooperman.com | Accounting | | $75,062.00 |
| Gunderson<br>1200 Seaport Blvd.<br>Redwood City, CA 94063 | Ward Breeze<br>(650) 321-2800<br>wbreeze@gunder.com | Legal Fees | | $68,162.00 |
| Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 | Eleni Theodosiou<br>(212) 422-4276<br>theodosi@hugheshubbard.com | Legal Fees | | $31,116.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Phoenix Payment Systems, Inc. | ) | Case No. 14-_____ (_____) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. 14-1901461 | ) | |
| | ) | |

### DECLARATION CONCERNING THE LIST OF CREDITORS
### HOLDING 20 LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR

I, Michael E. Jacoby, Chief Restructuring Officer of Phoenix Payment Systems, Inc., declare under penalty of perjury that I have reviewed the foregoing List of Creditors Holding 20 Largest Unsecured Claims Against the Debtor and that the information contained therein is true and correct to the best of my information and belief.

Dated: August 4, 2014
       Wilmington, Delaware

                                _____

Name:  Michael E. Jacoby
Title:   Chief Restructuring Officer of Phoenix
             Payments Systems, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Phoenix Payment Systems, Inc. | ) | Case No. 14-_____ (_____) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. 14-1901461 | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

| Holder | Name and Address of Owner(s) | Description of Equity Interest Owned |
|---|---|---|
| Raymond Moyer | Raymond Moyer<br>40 Nivin Lane<br>Landenberg, PA 19350 | Preferred Stockholder |
| DWF Investments, LLC | DWF Investments, LLC<br>1 Clair Drive<br>Newtown, PA 18940 | Preferred Stockholder |
| Frascella Capital | Frascella Capital<br>888 Town Center Drive<br>Langhorne, PA 19047 | Preferred Stockholder |
| Phil Philliou | Phil Philliou<br>12 Littlefield Court<br>Hawthorne, NJ 07641 | Preferred Stockholder |
| Mark Cannon | Mark Cannon<br>163 Odyssey Drive<br>Wilmington, DE 19808 | Preferred Stockholder |
| Peter Coggins | Peter Coggins<br>5811 Kennet Pike<br>Wilmington, DE 19807 | Preferred Stockholder |
| Rebecca Rivera | Rebecca Rivera<br>145 Oakwood Road<br>East Watching, NJ 07069 | Preferred Stockholder (disputed) |
| JEMS Venture Capital, LLC | JEMS Venture Capital, LLC<br>5901 Atkinson Road<br>New Hope, PA  18938 | Preferred Stockholder (disputed) |
| Christopher Good | Christopher Good<br>506 Brentwood Drive<br>Wilmington, DE 19803 | Common Stockholder |
| Jason Gwynn | Jason Gwynn<br>21 Somerset Lane<br>Wilmington, DE 19803 | Common Stockholder |
| Christine Ornce | Christine Ornce<br>385 Saginaw Road<br>Lincoln University, PA 19352 | Common Stockholder |

| **Holder** | **Name and Address of Owner(s)** | **Description of Equity Interest Owned** |
|---|---|---|
| Matthew Ornce | Matthew Ornce<br>385 Saginaw Road<br>Lincoln University, PA 19352 | Common Stockholder |
| Nancy Reilly | Nancy Reilly<br>98 Burnt Mill Circle<br>Chads Ford, PA 19317 | Common Stockholder |
| Terry McManus | Terry McManus<br>1052 Denston Drive<br>Ambler, PA 19002 | Common Stockholder |
| Norfolk Investment Limited | Norfolk Investment Limited<br>Bldg 22 Port Vante<br>Basseterre, St. Kitts 00265 | Common Stockholder |
| Electracash | Electracash<br>3701 Long Beach Blvd, Suite 322<br>Long Beach, CA  90807 | Common Stockholder |
| Margaret Babin | Margaret Babin<br>205 Hill Road<br>Havertown, PA 19083 | Common Stockholder |
| Wollmuth Maher & Deutsch, LLC | Wollmuth, Maher & Deutsch, LLC<br>500 Fifth Ave.<br>New York, NY 10110 | Warrantholder |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Phoenix Payment Systems, Inc. | ) | Case No. 14-_____ (_____) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. 14-1901461 | ) | |
| | ) | |

## DECLARATION CONCERNING DEBTOR'S
## LIST OF EQUITY SECURITY HOLDERS

    I, Michael E. Jacoby, Chief Restructuring Officer of Phoenix Payment Systems, Inc., declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that the information contained therein is true and correct to the best of my information and belief.

Dated: August 4, 2014
        Wilmington, Delaware

                                          */s/ Michael E. Jacoby*

                                    Name:  Michael E. Jacoby
                                      Title:   Chief Restructuring Officer of Phoenix
                                                  Payments Systems, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Phoenix Payment Systems, Inc. | ) | Case No. 14-_____ (_____) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. 14-1901461 | ) | |
| | ) | |

## DECLARATION REGARDING CREDITOR LIST

I, Michael E. Jacoby, Chief Restructuring Officer of Phoenix Payment Systems, Inc., declare under penalty of perjury that I have reviewed the List of Creditors submitted herewith and that it is true and correct to the best of my information and belief.

Dated: August 4, 2014
Wilmington, Delaware

Name: Michael E. Jacoby
Title:   Chief Restructuring Officer of Phoenix
          Payment Systems, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Phoenix Payment Systems, Inc. | ) | Case No. 14-_____ (_____) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. 14-1901461 | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Frascella Capital | Maximum of 41.83% of Series B Stock (relationship between Debtor and Frascella contested) |
| JEMS Venture Capital, LLC | Maximum of 13.65% of Series B Stock (relationship between Debtor and JEMS contested) |
| Norfolk Investment Limited | 17.39% of Common Stock |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Phoenix Payment Systems, Inc. | ) Case No. 14-_____ (_____) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. 14-1901461 | ) |
| | ) |

## DECLARATION CONCERNING DEBTOR'S
## CORPORATE OWNERSHIP STATEMENT

I, Michael E. Jacoby, Chief Restructuring Officer of Phoenix Payment Systems, Inc., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: August 4, 2014
      Wilmington, Delaware

Name: Michael E. Jacoby
Title:  Chief Restructuring Officer of Phoenix
               Payment Systems, Inc.