| | |
|---|---|
| In re: | Chapter 11 |
| PHOENIX PAYMENT SYSTEMS, INC., | Case No. 14-11848 (MFW) |
| Debtor. | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Payment Keys, Inc.**, Attn: Sean Crowder, 5500 Marigold Court, Arlington, TX 76017, Phone: (817) 649-8300, Fax: (817) 649-8302

2. **Wholesale Payment Systems, Inc.**, Attn: Jason Grant, 4320 Marsh Ridge Road, Suite 100, Carrollton, TX 75010, Phone: (469) 737-8583, Fax: (469) 737-8548

3. **Edmond Roncone**, 28 Meadowbrook Lane, Newark, DE 19711, Phone: (302) 234-1213


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ *Benjamin Hackman* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: August 19, 2014

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtor's Proposed Counsel: Russell Silberglied, Phone: (302) 651-7700, Fax: (302) 651-7701