**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PHOENIX PAYMENT SYSTEMS, INC., ) | Case No. 14-11848 (MFW) |
| ) | |
| ) | (Jointly Administered) |
| Debtor. ) | |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Lowenstein Sandler LLP (**"Lowenstein"**) and White and Williams LLP (**"W&W"**) hereby appear as proposed counsel for the Official Committee of Unsecured Creditors (the **"Committee"**) appointed in the above-captioned Chapter 11 bankruptcy case, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Section 1109(b) of Title 11 of the United States Code, as amended (the "**Bankruptcy Code**"), request that the following names and addresses be added to the official mailing matrix and service list maintained by the Clerk of Court and Debtor's counsel in this case and further demand that all notices given or required to be given in this case and all pleadings and papers served or required to be served in this case by all counsel, parties-in-interest, and this Court (including without limitation all reports, pleadings, motions, applications, lists, schedules, statements, plans, disclosure statements, and other filings in this case and/or in any related adversary proceeding) be given to and served upon the following counsel:

        Sharon L. Levine, Esquire
        Kenneth A. Rosen, Esquire
        Lowenstein Sandler LLP
        65 Livingston Avenue

14160299v.1

Roseland, NJ 07068
Telephone: (973) 597-2374
Fax: (973) 597-2375
slevine@lowenstein.com
krosen@lowenstein.com

Marc S. Casarino, Esquire
824 North Market Street, Suite 902
Wilmington, DE 19899-0709
Telephone: (302) 654-0424
Fax: (302) 654-0245
casarinom@whiteandwilliams.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code set forth above, but also includes, without limitation all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, facsimile, e-mail or otherwise, which affects Debtor or property of the Debtor or the rights of creditors.

**PLEASE TAKE FURTHER NOTICE** that the Committee does not intend that this Notice of Appearance and Request for Service of Papers or any later appearance or pleading be deemed or construed to be a waiver of the Committee's right: (i) to have final orders in non-core matters entered only after de novo review by a higher court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Committee expressly reserves.

-2-

14160299v.1

Dated: August 20, 2014

**WHITE AND WILLIAMS LLP**

/s/ Marc S. Casarino
MARC S. CASARINO (#3613)
824 North Market Street, Suite 902
Wilmington, DE  19899-0709
Telephone: (302) 654-0424
Fax: (302) 654-0245
casarinom@whiteandwilliams.com

and

**LOWENSTEIN SANDLER LLP**
Sharon L. Levine, Esquire
Kenneth A. Rosen, Esquire
65 Livingston Avenue
Roseland, NJ  07068
Telephone: (973) 597-2374
Fax: (973) 597-2375
slevine@lowenstein.com
krosen@lowenstein.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PHOENIX PAYMENT SYSTEMS, INC.,<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No. 14-11848 (MFW)<br>)<br>) (Jointly Administered)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, Marc S. Casarino, Esquire hereby certify that on this 20th day of August, 2014, I caused the foregoing *Notice of Appearance and Request for Service of Papers* to be served via electronic service on all parties requesting ECF notification.

          **WHITE AND WILLIAMS LLP**

          /s/ Marc S. Casarino
          MARC S. CASARINO (#3613)
          824 North Market Street, Suite 902
          Wilmington, DE 19899-0709
          Telephone: (302) 654-0424
          Fax: (302) 654-0245
          Email: casarinom@whiteandwilliams.com

          *Proposed Counsel to the Official Committee of Unsecured Creditors*

14160299v.1